### 17960.   JOINER v. THE STATE.

LUKE, J.  The evidence in this case sustains the verdict; there is no reversible error in the charge of the court, for any reason assigned; and the overruling of the motion for new trial was not error.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 12, 1927.   REHEARING DENIED MAY 11, 1927.

Possessing and selling intoxicating liquor; from Cook superior court—Judge Knight.   January 12, 1927.

*Jeff. S. Story,* for plaintiff in error.

*H. C. Morgan, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

### 17880.   RANDALL v. THE STATE.

BROYLES, C. J.  The verdict was amply authorized by the evidence, and none of the approved grounds of the amendment to the motion for a new trial (grounds 5 and 7 were disapproved by the trial judge) show cause for another hearing of the case.  The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1927.   REHEARING DENIED MAY 12, 1927.

Certiorari; from Richmond superior court—Judge A. L. Franklin.   December 17, 1926.

Application for certiorari was made to the Supreme Court.

*Peebles & Bowden,* for plaintiff in error.

*W. Inman Curry, solicitor, George Hains, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.